**Dismissed and Opinion Filed January 18, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01275-CV

## WELLS FARGO BANK, N.A., Appellant
V.
## EVELYN MITCHUM AND ALL OCCUPANTS OF 7144 CANYON RIDGE DRIVE, DALLAS, TEXAS 75227, Appellees

On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-12-04361-A

### OPINION

Before Justices Bridges, O'Neill and Murphy
Opinion by Justice Bridges

The Court has before it appellant's January 9, 2013 motion to dismiss the appeal. Appellant states it no longer desires to pursue the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

DAVID L. BRIDGES
JUSTICE

121275F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

**JUDGMENT**

WELLS FARGO BANK, N.A., Appellant

No. 05-12-01275-CV     V.

EVELYN MITCHUM AND ALL
OCCUPANTS OF 7144 CANYON RIDGE
DRIVE, DALLAS, TEXAS 75227,
Appellees

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-12-04361-A.
Opinion delivered by Justice Bridges.
Justices O'Neill and Murphy participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellees Evelyn Mitchum and all occupants of 7144 Canyon Ridge Drive, Dallas, Texas 75227 recover their costs of this appeal, if any, from appellant Wells Fargo Bank, N.A.

Judgment entered this 18th day of January, 2013.

DAVID L. BRIDGES
JUSTICE